IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  | ) |  |
|---|---|---|
| MUHAMMED RAHIM, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 09-1385 (PLF) |
| | ) | |
| BARACK OBAMA, | ) | |
| President of the United States, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

**FILED**

MAR - 2 2010

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

[PROPOSED] ORDER

The Court, having considered the Parties' Joint Motion and Status Report filed February 26, 2010, hereby **ORDERS** that the Parties submit a joint status report regarding discovery by April 2, 2010.

IT IS SO **ORDERED**, this _____ day of _____, 2010.

Paul L. Friedman
United States District Judge